# EXHIBIT A

# LICENSE AGREEMENT

Mr. Osama Ahmed Fahmy Fathalla ("Copyright Holder") and Mr. Farouk Fathalla Sima ("Licensee") agree as follows:

## Recitals

A- Copyright Holder is the holder of all copyrights related to the music of the song "Khosara Khosara" including both the copyrights to the composition itself as well as every authorized recorded performance of this composition (collectively "Copyrights"). The certificates relating to the copyrights are attached hereto as Exhibit "A".

B- Copyright Holder desires to license certain rights in the Copyrights to Licensee.

## Terms

**1- Exclusive License:** The license granted by this agreement is an exclusive license to use the products which incorporate any of the intellectual property included within the Copyrights. This exclusive license extends throughout the entirety of the Territory described below.

# اتفاق منح ترخيص

السيد/ أسامة أحمد فهمي فتح الله (صاحب حقوق الملكية) والسيد/ فاروق فتح الله سيما (المرخص له) اتفقا على ما يلي:

## تمهيد

أ- صاحب حقوق الملكية يحمل كافة حقوق الملكية المتعلقة بموسيقى أغنية "خسارة خسارة" شاملة حقوق اللحن ذاته وكذلك كافة التسجيلات الخاصة باللحن (حقوق ملكية شاملة). ومرفق بهذا الاتفاق الشهادة الخاصة بحقوق الملكية (ملحق أ).

ب- يرغب صاحب حقوق الملكية في الترخيص ببعض حقوق الملكية للمرخص

## بنود الاتفاق

١- الترخيص مع الحظر: الترخيص الممنوح وفق هذا العقد يعد ترخيص مع الحظر لاستخدام المنتجات التي تعد ضمن الملكية الفكرية لحقوق الملكية. والترخيص مع الحظر يشمل كافة البلاد الواقعة داخل الأراضي المذكورة أدناه.

**2- Territory:** This license extends to all places on the Earth with the exception of the following countries: Egypt (hereinafter" Territory").

**3-Term:** This license shall continue from the date set forth above unitl December 31,2002.

**4- Extensions of Term:** Unless either Copyright Holder or Licensee shall deliver a notice of termination of this license to the other party at least 90 days prior to the expiration date of this license, this license shall be renewed for one year on all of the terms stated herein. This automatic renewal shall continue annually until such time as either party exercises the right to terminate this agreement by written notice is delivered in accordance with this paragraph.

**5- Royalties:** Licensee shall pay to Copyright Holder 60% of all of Licensee's net income from the use of the rights granted pursuant to this license ("Royaltics"). The Royalties shall be computed by deducting all costs incurred by Licensee from the amounts paid to

**٢- الأراضي:** هذا الترخيص يغطي كافة أنحاء العالم باستثناء الدول الآتية: مصر (وسوف يشار لها فيما بعد بالأراضي).

**٣- مدة الترخيص:** يستمر العمل بهذا الترخيص من تاريخ المدون أدناه حتى ٣١/١٢/٢٠٠٢م.

**٤- مد فترة الترخيص:** إذا لم يتسلم أى من الطرفين إشعار بإلغاء الترخيص من الطرف الآخر خلال مدة ٩٠ يوم على الأقل قبل تاريخ انتهاء الترخيص، فسوف يتم تجديد هذا الترخيص لسنة أخرى بنفس الشروط المذكورة فى هذا الترخيص. وسيتم سنوياً تجديد الترخيص تلقائياً الى أن يقوم أحد الطرفين بممارسة حقه فى إلغاء هذا الاتفاق بإشعار كتابى يسلم بناء على هذا النص.

**٥- مقابل حق الملكية:** يلتزم المرخص له بسداد ما قيمته ٦٠% من صافى الدخل مقابل استخدام الحقوق الممنوحة له بناء على هذا الترخيص إلى صاحب حق الملكية . ويتم حساب قيمة حق الملكية عن طريق خصم كافة المصروفات الناتجة عن

بحد ادنى الف جنيه .

Licensee for the use of the Copyrights in the Territory. For purposes of this computation, amounts paid to employees or partners of Licensee shall not be considered "costs" and shall not be deducted from the amounts paid to Licensee.

هذا الترخيص من ما تم سداده للمرخص له مقابل استخدام حقوق الملكية داخل هذه الأراضى ولغرض هذه الحسابات فإن ما يتم دفعه للموظفين والشركاء المرخص له لا يتم حسابها كمصروفات ويجب أن لا يتم خصمها من الأموال المسددة للمرخص له.

**6- Infringement:** In the event Licensee becomes aware of any infringement of the Copyrights within the Territory, whether during the term of this agreement or prior to this agreement, Licensee may prosecute all parties believed to be responsible for the infringement including the right to sue for infringement in Licensee's own name and the right to negotiate any settlement of any such infringement. All amounts recovered pursuant to any such claims of infringement shall be subject to the payment of the Royalty as described above. Copyright Holder shall provide whatever assistance may be required by Licensee to prosecute any such claim of infringement.

**٦- انتهاك أحد بنود العقد:** إذا أدرك المرخص له أية انتهاكات من قبل صاحب حقوق الملكية داخل الأراضى المحددة له سواء كان خلال فترة الاتفاق أو قبل الاتفاق، فيحق للمرخص له مقاضاة كافة الأطراف التى يعتقد أنها مسئولة عن هذه الانتهاكات بما فيها حق مقاضاة الانتهاكات باسم المرخص له والحق فى التفاوض على أى تسويات لأى من هذه الانتهاكات. وكافة المصروفات التى يتكبدها مقابل المطالبة بهذه الانتهاكات لابد من خضوعها لمدفوعات حق الملكية المذكورة سابقاً. ويجب على صاحب حقوق الملكية تقديم أية مساعدات يحتاجاه المرخص له لمقاضاة أى من هذه الانتهاكات.

٩٥٥٨

7- Applicable L  r: This agreement shall be governed by the laws of State of California, one of the United States of America, applicable to contracts which are executed and wholly performed in California.

٧- الاختصاص: تختص قوانيـــن ولايـــة كاليفورنيا أحد ولايات الولايات المتحـــدة الأمريكية بالحكم في هذا الإتفـــاق وكافـــة العقود المنفذة والتي يتم العمل بـــها فـــي كاليفورنيا.

Dated : / /

Mr. Osama Ahmed Fahmy Fathalla.

التاريخ : ٢٧/ ١ / ٢٠٠١.

السيد/اسامة أحمد فهمي فتح الله

اسامه احمد فهمي فتح الله

Dated : / /

Mr. Farouk Fathalla Sima

التاريخ: ٢٧/ ١ / ٢٠٠١

السيد/ فاروق فتح الله سيما

فاروق سيما

مكتب توثيق الأزبكية النموذجي

تصديق رقم ... لسنة ٢٠٠١

انه في يوم ... الموافق ٢٧/١/٢٠٠١

تم التوقيع ... السيد/اسامة احمد فهمي فتح الله ...

[illegible]

٢٧/١/٢٠٠١

٣٦٨٧

٢٠٠٧/١/٢٧

وزارة خارجية جمهورية مصر العربية

مكتب تصديقات المهندسين

رقم التصديق [illegible] بتاريخ / ١ / ٢٠٠٧

نصادق علي صحة التوقيع النهائي / المشهور [illegible]

- لا تعني مسئولية لها بخصوص مضمون ومحتويات الوثيقة

اسم المقرر

وظيفته

عن الشئون القنصلية للتصديقات